IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:18-CR-00595-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDREW C. POARCH,

    Defendant.

---

**INFORMATION**
26 U.S.C. § 7206(1) and 18 U.S.C. § 2
Making and Subscribing a False Tax Return

---

The United States Attorney charges that:

### Count 1

On or about September 29, 2015, in the State and District of Colorado, the defendant ANDREW C. POARCH, a resident of Colorado, did willfully make and subscribe, and did willfully aid, abet, assist, and cause to be so made and subscribed, a joint U.S. Individual Income Tax Return, for the calendar year 2014, which was verified by a written declaration that it was made under penalties of perjury and which he did not believe to be true and correct as to every material matter. The income tax return, which was filed with the Internal Revenue Service, reported adjusted gross income of $19,294, total tax owed of $0, and a refund amount of $8,666 owed by the I.R.S., whereas, as he then and there well knew in truth and in fact, that his adjusted gross

income was in excess of $2,000,000, total tax owed was over $1,000,000, and he was not entitled to a refund from the I.R.S.

All in violation of Title 26, United States Code, Section 7206(1) and 18 U.S.C. Section 2.

JASON R. DUNN
United States Attorney

By: _____
TIM R. NEFF
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
Telephone: (303) 454-0100
Fax:  (303) 454-0402
E-mail:  tim.neff@usdoj.gov
Attorney for Government