UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO. 18-CR-00595-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANDREW POARCH,

        Defendant.

## NOTICE OF DISPOSITION

The Defendant, ANDREW POARCH, through undersigned counsel, hereby notifies this Honorable Court that a disposition has been reached with the United States in this matter. Accordingly, the parties are requesting permission to contact the chambers of the Honorable United States District Court Judge Robert E. Blackburn to schedule a change of plea hearing.

Respectfully submitted,

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile:  (305) 373-3832
E-mail: petruzzi-law@msn.com

By:   <u>s/ Paul Petruzzi</u>
       **PAUL D. PETRUZZI, ESQ.**
       Florida Bar No. 982059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF upon counsel of record on January 31, 2019.

By: s/ Paul Petruzzi
**PAUL D. PETRUZZI, ESQ.**
Attorney for Andrew Poarch

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**, 8101 BISCAYNE BLVD., PENTHOUSE 701, MIAMI, FLORIDA 33138 ● (305) 373-6773; FACSIMILE: (305) 373-3832